COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )

                                                                              )

                                                                              )              No.  08-05-00065-CV

                                                                              )

IN RE:  ROSE SERRANO and JULIAN               )                   AN ORIGINAL

SERRANO                                                           )

                                                                              )     PROCEEDING IN MANDAMUS

                                                                              )

                                                                              )

                                                                              )

 

 

OPINION
ON PETITION FOR WRIT OF MANDAMUS

 

Relators, Rosa
Serrano and Julian Serrano, asks this Court to issue a writ of mandamus
against the Honorable William E. Moody, Judge of the 34th District Court of El
Paso County.   Mandamus will lie only to
correct a clear abuse of discretion.  Walker
v. Packer, 827 S.W.2d 833, 840 (Tex. 1992)(orig.
proceeding).  Moreover, there must be no
other adequate remedy at law.  Id.  Based on the record before us, we are unable
to conclude that Respondent clearly abused his discretion or that Relators have no other adequate remedy.  Accordingly, we deny mandamus relief.  See Tex.R.App.P. 52.8(a).

 

 

February
17, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.